UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA, ) NO. CR09-5453BHS
        Plaintiff, )
        vs. ) ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT
MARIO ALCALA-DELEON, )
        Defendant. )

The Court, having considered the parties' Joint Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

Mr. Alcala Deleon is charged by Felony Information with Eluding Examination At Entry First and Second Offense, alleged to have occurred on or about February 1, 1999, and March 20, 2003 respectively, in violation of Title 8, United States Code, Section 1325(a)(2). Defendant was arrested and made his Initial Appearance on June 25, 2009, at which time the Court ordered that the defendant be detained in custody pending further proceedings, and Defendant executed a Waiver of Preliminary Hearing

Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. §3161(b). Hence, at the present time, the United States must obtain an Indictment in this case on or before July 24, 2009, to meet the requirements of the Speedy Trial Act.

The defense has requested discovery and is conducting investigation into the circumstances surrounding the defendant's situation at the time of his alleged illegal reentry into the United States. The facts surrounding his alleged illegal reentry will have an impact on the ultimate resolution of this case.

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

Accordingly, the parties are seeking an Order extending the time within which an Indictment must be filed until August 21, 2009. Such an extension will provide the parties with additional time in which to conduct investigation and interviews and hopefully resolve the case in a manner that conserves the resources of both the government and the court.

This request for an extension of the time to file an indictment is also supported by the accompanying Waiver of Right to a Speedy Indictment executed by the defendant.

In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment in this matter be continued until August 21, 2009. The period of delay resulting from this continuance from July 24, 2009, to August 21, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

DONE this 22nd day of July 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/  Linda R. Sullivan
Linda R. Sullivan
Attorney for Defendant


/s/  John C. Odell
John C. Odell
Assistant United States Attorney

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE  – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**